ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Program Litigation 1 | Law & Policy
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUNCION RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:25-cv-00399-SKO<br><br>**STIPULATION AND UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO PLAINTIFF'S OPENING BRIEF; ORDER**<br><br>(Doc. 17) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's opening brief be extended from October 2 to November 3, 2025. Defendant respectfully requests this extension because additional time is needed to determine whether further briefing is necessary.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall file a responsive brief on or before November 3, 2025;
- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before November 17, 2025).

Respectfully submitted,

DATE: September 24, 2025    */s/ Jonathan O. Pena\**
JONATHAN O. PENA
Attorney for Plaintiff
(* approved via email on 9/23/25)

ERIC GRANT
United States Attorney

DATE: September 24, 2025    By    *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

## **ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion, (Doc. 17), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS ORDERED that Defendant shall have up to and including November 3, 2025, to serve Defendant's Cross-Motion for Summary Judgment on Defendant.  All other dates in the Scheduling Order, (Doc. 5), are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **September 24, 2025**           /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE