ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
      Program Litigation 1 | Law & Policy
      Social Security Administration
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4822
      E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ASUNCION RODRIGUEZ,<br><br>       Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No.: 1:25-cv-00399-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER<br><br>(Doc. 19) |

     IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

     On remand, the Commissioner will offer the claimant an opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: October 27, 2025          */s/Jonathan Omar Pena* *
                                 (*as authorized via e-mail on  10/24/25)
                                 JONATHAN OMAR PENA
                                 Attorney for Plaintiff


Dated: October 27, 2025          ERIC GRANT
                                 United States Attorney


                         By:     */s/ Marcelo Illarmo*
                                 MARCELO ILLARMO
                                 Special Assistant United States Attorney

                                 Attorneys for Defendant


### ORDER

    Based upon the parties' Stipulation and Unopposed Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 19), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

    The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall thereafter close this case.

IT IS SO ORDERED.

Dated:  **October 27, 2025**          */s/ Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE